## Harry LETMAN et al., Appellants, v. UNITED STATES, Appellee.

### No. 4808.

Circuit Court of Appeals, Third Circuit.

May 21, 1932.

Rehearing Denied June 27, 1932.

Phillip Forman, U. S. Atty., and Walter B. Petry, Asst. U. S. Atty., both of Trenton, N. J.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.

Judgment of sentence as to both defendants is reversed on a finding that the search and seizure were illegal under authority of John Vance Taylor v. United States (U. S.) 52 S. Ct. 466, 76 L. Ed. ——.